**Dismissed and Opinion Filed June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01036-CV

**CHELSEA DAVIS, Appellant**

**V.**

**LESLIE WARE, SAMUEL BAXTER, ET AL., Appellees**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19281**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant filed a "Notice of Abatement and Vacatur" in which she requests that this case be "dissolved as if never filed" and that this Court "immediately refund to Chelsea L. Davis all filing fees and costs for failure to file." We treat appellant's pleading as a motion to dismiss the appeal, grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant cites no statute or rule that excuses her from paying filing fees. We deny relator's request that her filing fees be refunded. *See* TEX. R. APP. P. 5. ("A party who is not excused by statute or these rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Supreme Court order.")

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

141036F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHELSEA DAVIS, Appellant

No. 05-14-01036-CV          V.

LESLIE WARE, SAMUEL BAXTER, ET
AL., Appellees

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-19281.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LESLIE WARE, SAMUEL BAXTER, HARLAN CROW, AND McKOOL SMITH P.C. recover their costs of this appeal from appellant CHELSEA DAVIS.

Judgment entered this 3rd day of June, 2015.